**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZULEIMA A. QUISHPI MOROCHO,

Petitioner,

v. No. 2:26-cv-00135-SMD-KK

DORA CASTRO, in her official capacity
As Warden of the Otero County Processing Center,
MARY DE ANDA-YBARRRA, in her official capacity
as Field Office Director of the El Paso Field Office for
U.S. Immigration and Customs Enforcement,
TODD M. LYONS, in his official capacity as Director of
Immigration and Customs Enforcement, and
KRISTI NOEM, in her official capacity as Secretary
of Homeland Security,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 12), Final Judgment is hereby entered in favor of Petitioner Zuleima A. Quishpi Morocho and against Respondents Dora Castro, Mary De Anda-Ybarra, Todd M. Lyons, and Krisi Noem.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**